JTW: 12.08.20
JWS: USAO#2020R00368

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | 20-0444 |
| v. | * | Criminal no. _____ |
| **STERLING ANTHONY CROWDER,** | * | (Interference with Commerce by Robbery, 18 U.S.C. § 1951(a); |
| **Defendant.** | * | Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 981 and 28 U.S.C. § 2461(c)) |
| | * | |

...oOo...

## INDICTMENT

### COUNT ONE
### (Interference with Commerce by Robbery)

The Grand Jury for the District of Maryland charges that:

1. At all times material to this Indictment, the Royal Farms store, 6201 Pulaski Highway, Baltimore, Maryland 21205, was engaged in the retail sale of food items, soft beverages, gasoline, and other consumer products in interstate commerce and the business of the Royal Farms store affected interstate commerce.

2. On or about August 15, 2017, in the District of Maryland, the defendant,

**STERLING ANTHONY CROWDER,**

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain money and property belonging to the Royal Farms store, from the person of and in the presence of an employee of the Royal Farms store, against the employee's

will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT TWO
### (Interference with Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the Royal Farms store, 6201 Pulaski Highway, Baltimore, Maryland 21205, was engaged in the retail sale of food items, soft beverages, gasoline, and other consumer products in interstate commerce and the business of the Royal Farms store affected interstate commerce.

2. On or about December 3, 2019, in the District of Maryland, the defendant,

**STERLING ANTHONY CROWDER,**

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain money and property belonging to the Royal Farms store, from the person of and in the presence of an employee of the Royal Farms store, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction(s).

### Robbery Forfeiture

2. Upon conviction of the offenses set forth in the Robbery Count(s) contained in Counts One and Two, the defendant convicted of such offense(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense(s).

18 U.S.C. § 981
28 U.S.C. § 2461(c)

_Robert K. Hur / jws_
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

12-9-20
DATE